UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO TRINKHAUS,<br><br>        Plaintiff,<br><br>    v.<br><br>JOGURU, INC.,<br><br>        Defendant. | Case No. 21-cv-07418-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 23, 2021, Plaintiff Nico Trinkhaus filed the complaint. Defendant Joguru, Inc.'s failed to respond to the complaint and its default was entered on February 10, 2022. [Docket No. 17.] The court subsequently ordered Plaintiff to file a motion for default judgment or a status report by April 11, 2022. [Docket No. 18.] Nothing has been filed. Accordingly, Plaintiff is ordered to respond by **April 21, 2022** and show cause why this matter should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 14, 2022



_____
Donna M. Ryu
United States Magistrate Judge