United States District Court
Northern District of California

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

NICO TRINKHAUS,

    Plaintiff,

  v.

JOGURU, INC.,

    Defendant.

Case No. 21-cv-07418-DMR

**ORDER TO SHOW CAUSE RE: SANCTIONS**

Plaintiff Nico Trinkhaus filed the complaint on September 23, 2021.  After it failed to respond to the complaint, Defendant Joguru, Inc.'s default was entered on February 10, 2022. [Docket No. 17.]  The court subsequently ordered Plaintiff to file a motion for default judgment or a status report by April 11, 2022.  [Docket No. 18.]  Plaintiff did not comply.  On April 14, 2022, the court ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute by no later than April 21, 2022.  [Docket No. 19.]  While Plaintiff filed a motion for default judgment on April 20, 2022, he did not respond to the Order to Show Cause.  Accordingly, by no later than April 29, 2022, Plaintiff shall show cause why he should not be sanctioned for failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: April 25, 2022



_____
Donna M. Ryu
United States Magistrate Judge